

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00056-CV

MELINDA CANDANOSA                                                    APPELLANT

V.

FEC EULESS, L.P., INDIVIDUALLY,                                        APPELLEE
AND D/B/A AMERICA'S
INCREDIBLE PIZZA COMPANY

----------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On February 10, 2011, Appellant Melinda Candanosa filed a notice of appeal from the trial court's judgment, which was signed on January 10, 2011. On February 16, 2011, we sent a letter to Appellant stating our concern that we may be without jurisdiction because Appellant's notice of appeal was not timely

---

[1]See Tex. R. App. P. 47.4.

filed.[2]  We informed Appellant that unless she, or any party desiring to continue the appeal, filed a response showing a reasonable explanation for the late filing of the notice of appeal on or before February 28, 2011, the appeal could be dismissed for want of jurisdiction.  To date, we have received no response showing any reasonable explanation for the late filing of the notice of appeal.

The January 10, 2011 order of the trial court was a final judgment and appealable.  Thus, the notice of appeal must have been filed by February 9, 2011, but it was not filed until February 10, 2011.  Because Appellant's notice of appeal was untimely, we have no jurisdiction to consider this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  April 7, 2011

---

[2]*See* Tex. R. App. P. 26.1(a).

[3]*See* Tex. R. App. P. 42.3(a), 43.2(f).